# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Darren Scott, Petitioner.

Appellate Case No. 2013-002247

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

---

Opinion No. 27539
Heard April 22, 2015 – Filed July 1, 2015

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Chief Appellate Defender Robert Michael Dudek and
Appellate Defender David Alexander, both of Columbia,
for Petitioner.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Mark R. Farthing, both of Columbia,
for Respondent.

---

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in *State v. Scott*, 405 S.C. 489, 748 S.E.2d 236 (Ct. App. 2013).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.**
**PLEICONES, J., concurring in result only.**